IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE AUTOMOBILE MECHANICS' INDUSTRY WELFRE AND PENSION FUNDS LOCAL 701 | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 07 C 6699 |
| v. | ) ) | Judge Lefkow |
| DHL EXPRESS, an Illinois Corporation | ) ) ) | Magistrate Brown |
| Defendant. | ) | |

NOTICE OF VOLUNTARY DISMISSAL

Now comes the Plaintiffs, by counsel, and hereby dismisses this action against Defendants, DHL EXPRESS, an Illinois Corporation without prejudice, pursuant to provisions of Rule 41(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

ARNOLD AND KADJAN

s/Paul M. Egan
Paul M. Egan
Attorney for Plaintiffs

Paul M. Egan
**ARNOLD AND KADJAN**
19 W. Jackson Boulevard
Chicago, IL 60604
Telephone: (312) 236-0415
Telecopier: (312) 341-0438