IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE AUTOMOBILE MECHANICS' INDUSTRY WELFRE AND PENSION FUNDS LOCAL 701 | ) ) ) | |
| Plaintiffs, | ) ) | No. 07 C 6699 |
| v. | ) ) | |
| | ) | Judge Lefkow |
| DHL EXPRESS, an Illinois Corporation | ) ) | Magistrate Brown |
| Defendant. | ) | |

## NOTICE OF FILING

TO:   DHL EXPRESS
C/O ITS REGISTERED AGENT, CT CORPORATION SYSTEM
208 S. LASALLE STREET, STE. 814
CHICAGO, IL 60604

**PLEASE TAKE NOTICE** that on March 24, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, Stipulation to Dismiss for the Plaintiffs, Automobile Mechanics Local 701, et al., copies of which are attached hereto and hereby served upon you.

Respectfully submitted,

**AUTOMOBILE MECHANICS
LOCAL 701, et al.,**

By: s/ Paul M. Egan
        One of their Attorneys

PAUL M. EGAN
19 West Jackson Blvd.
Chicago, IL 60604
(312) 236-0415

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2008 I electronically filed the foregoing Notice of Filing and Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

DHL EXPRESS
C/O ITS REGISTERED AGENT, CT CORPORATION SYSTEM
208 S. LASALLE STREET, STE. 814
CHICAGO, IL 60604

**s/Paul M. Egan**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: March 24, 2008