# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Trustees of the Automobile Mechanics' Industry
Welfre and Pension Funds Local 701

                                               Plaintiff,

v.                                                   Case No.:
                                                   1:07−cv−06699
                                                 Honorable Joan H.
                                                 Lefkow

DHL Express

                                               Defendant.

---

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 25, 2008:

      MINUTE entry before Judge Honorable Joan H. Lefkow:Pursuant to Notice of Voluntary Dismissal, case dismissed without prejudice. Status hearing of 4/8/2008 stricken. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.